# US District Court for Middle District Alabama

Allen Okechukwu Caudle
3900 Crown Rd SW, #16709
Atlanta, GA 30304
Email: aoc7782@gmail.com
Phone: 770-354-5775



Plaintiff,

v.

                              2:25-cv-00698-RAH-SMD

1. UNITED STATES OF AMERICA,
2. THE UNITED STATES DEPARTMENT OF JUSTICE, and its Attorney General, in official capacity
3. Department of Defense, and the Secretary of Defense, in an official capacity

## Cause of Action: Violations of FOIA, Privacy Act, and APA; Request for Record Correction and Voiding of Unlawful Orders

### Jurisdiction and Venue

This Court has jurisdiction under (FOIA), (Privacy Act)

Venue is proper in this District pursuant to, as Plaintiff resides in Alabama and the records and adverse actions at issue have effect in this District.

### Factual Allegations

1. Plaintiff submitted multiple requests for agency records under FOIA, to the U.S. Department of Justice ("DOJ"), which is responsible for government-wide enforcement and interpretation of FOIA. DOJ failed to produce the requested records or provide a lawful determination, in violation of FOIA's requirements.

2. Plaintiff also submitted FOIA requests to a component under the authority U.S. Department of Defense ("DoD"), which likewise failed to conduct a proper search, segregate and disclose non-exempt material, or provide timely determinations.

3. After unsuccessful administrative attempts/appeals, Plaintiff submitted requests under the Privacy Act, seeking amendment, removal, and correction of unlawful and inaccurate records, and to void adverse determinations maintained and disseminated in violation of

APA, and federal law. DOJ and DoD failed to respond or act as required.

4. These failures constitute "agency action unlawfully withheld or unreasonably delayed" under the APA,, and adversely affect Plaintiff's rights, liberty, and opportunities.

5. The adverse records and orders created, maintained, or enforced as a result of these violations—without any exceptions, including adverse investigations, security clearances, determinations, orders —continue to deprive Plaintiff of constitutional, civil, human, and employment rights and equal protection under law.

**Claims for Relief**
Plaintiff respectfully seeks:

1. A declaration that DOJ and DoD violated FOIA, the Privacy Act, and the APA;

2. An injunction compelling DOJ and DoD to produce all records responsive to Plaintiff's FOIA requests;

3. An injunction compelling defendants to void, and remove all records that created, used, being used, maintained, act anytime shared or misused without the Plaintiffs consent, or in violation of FOIA, the Privacy Act, the APA, or Plaintiff's constitutional rights, and other supporting legal protections, from all their components, and related to them without exceptions, records, systems and databases.

4. A declaration that any records or orders created, maintained, act anytime shared or misused without the Plaintiff's consent or enforced in connection with these violations—with no exceptions any in connection with investigations or security clearances orders—are void and without legal effect;

5. An injunction prohibiting the DOJ, DoD, and all agencies acting in concert with them from using or enforcing such records or orders in any capacity, and complying all requests in these sections for claims for relief.
6. Order the defendants attend emergency mediation.
7. Requests that adverse actions, changes, orders, and determinations of any, regardless of the origin without any exception caused by the unlawful records and orders be corrected by all of the defendant's components.
8. Order broad relief as possible.

9. Such further relief as this Court deems just and proper.

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**

**Allen Okechukwu Caudle,**
 Plaintiff,

v.

**United States of America, the U.S. Department of Justice, its Attorney General in official capacity, the U.S. Department of Defense, and the Secretary of Defense in official capacity,**
 Defendants.

Civil Action No. _____

RECEIVED
2025 AUG 29 A 8:16
TREY GRANGER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

---

## MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Plaintiff, proceeding pro se, respectfully moves this Court under **Federal Rule of Civil Procedure** for a Temporary Restraining Order ("TRO") and Preliminary Injunction against Defendants, and states:

### I. Introduction

Plaintiff seeks emergency relief compelling Defendants to:

1. Immediately cease use, enforcement, or dissemination of adverse records, orders, or determinations unlawfully created, maintained, or withheld in violation of the **Freedom of Information Act (FOIA)**, the **Privacy Act,**, and the **Administrative Procedure Act (APA)**,

2. Immediately produce requested records under FOIA that have been unlawfully withheld or delayed.

3. Immediately correct, amend, or void unlawful or inaccurate records and orders—including those connected to **adverse investigations, security, determinations, or orders regardless of origin**—that at any time violated the APA, Privacy Act, adversely affected the Plaintiff's constitutional, civil, or human rights, employment, and contracting opportunities.

4. Attend urgent **Alternative Dispute Resolution (ADR) and mediation**, with the appointment of a **neutral attorney under the ADA** to assist Plaintiff in this process.

## II. Legal Standard

To obtain a TRO or preliminary injunction, a plaintiff must show:

1. **Likelihood of success on the merits** – Plaintiff's claims demonstrate repeated violations of FOIA, the Privacy Act, and APA. Courts recognize that unlawful withholding of records and failure to amend/correct inaccurate records is actionable and warrants injunctive relief.
2. **Irreparable harm** – Plaintiff suffers ongoing and irreparable harm from the continued enforcement and existence of unlawful records, including loss of federal employment and contracting opportunities, reputational harm, deprivation of constitutional rights, and emotional distress. Such harms cannot be remedied by money damages alone.
3. **Balance of equities** – The balance strongly favors Plaintiff. Defendants suffer no harm by complying with their statutory duties under FOIA, the Privacy Act, and APA, while Plaintiff faces continuing violations of liberty and rights.
4. **Public interest** – The public has a strong interest in ensuring that federal agencies comply with disclosure and record-correction laws, and in protecting citizens from unlawful deprivations of rights.

## III. Argument

Defendants have:

- Unlawfully withheld records responsive to FOIA requests.
- Failed to correct, amend, or void unlawful and inaccurate records under the Privacy Act.
- Engaged in "agency action unlawfully withheld or unreasonably delayed" in violation of the APA.

These unlawful records and determinations continue to impact Plaintiff's employment, contracting, and liberty interests, including adverse effects on federal clearances, job eligibility, and access to justice.

Because these harms are ongoing and irreparable, immediate relief is warranted.

## IV. Requested Relief

Plaintiff respectfully requests that the Court:

1. Issue a **Temporary Restraining Order** immediately prohibiting Defendants from using, enforcing, or disseminating any adverse records, orders, or determinations unlawfully created or maintained in violation of FOIA, the Privacy Act, or APA.

2. Order Defendants to **produce all FOIA-requested records** within **10 days**, or less.

3. Order Defendants to **void, remove, or correct unlawful or inaccurate records** connected to adverse investigations, security clearances, determination, or order or immigration proceedings.

4. Order Defendants to **participate in emergency mediation/ADR**, and provide Plaintiff with **a neutral attorney under ADA protections** to ensure fair participation.
5. Order all within the complaint.

6. Grant such further relief as this Court deems just and proper.

## V. Proposed Order

A proposed order is submitted concurrently.

Respectfully submitted,

**Allen Okechukwu Caudle**

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**

**Allen Okechukwu Caudle,**
 Plaintiff,

v.

United States of America, the U.S. Department of Justice, the Attorney General, the U.S. Department of Defense, and the Secretary of Defense,
 Defendants.

Civil Action No. _____

RECEIVED
2025 AUG 29 A 8:17
TREY GRANGER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

# MOTION FOR EMERGENCY RULINGS

Plaintiff respectfully moves this Court for emergency rulings on Plaintiff's pending claims and motions.

## Grounds

1. Plaintiff is suffering **ongoing irreparable harm** from Defendants' unlawful withholding of records and enforcement of adverse orders.

2. Delay in ruling will further impair Plaintiff's **employment, contracting, and liberty interests**.

3. Emergency rulings are necessary to preserve the status quo and protect Plaintiff's constitutional rights.

## Relief Requested

Plaintiff requests that the Court:

- Enter emergency rulings on pending motions for injunctive relief and mediation.

- Direct Defendants to immediately preserve and correct all adverse records connected to this matter.

- Set an expedited hearing under **FRCP**.

RECEIVED

2025 AUG 29 A 8:17

TREY GRANGER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

# MOTION TO SEAL

Plaintiff respectfully moves the Court to seal this case and its filings.

## Grounds

1. The case involves **sensitive personal identifiers, employment records, and government security-related materials**.

2. Public disclosure risks further **privacy harms** and retaliation.

3. Courts have authority under and their inherent power to seal sensitive matters.

## Relief Requested

Plaintiff requests an order sealing the case in its entirety or, in the alternative, redacting all filings to protect Plaintiff's privacy and security.

Respectfully submitted,

*[signature]*

RECEIVED
2025 AUG 29 A 8: 17
TREY GRANGER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION TO PROCEED UNDER JOHN DOE

Plaintiff respectfully moves the Court to allow Plaintiff to proceed as **"John Doe"** for all filings.

### Grounds

1. Plaintiff is at risk of **reprisal, retaliation, and public stigma** if litigating under his legal name.

2. Courts recognize pseudonymous filings where sensitive matters implicate privacy, retaliation, or personal safety..

3. Plaintiff's interests outweigh any minimal public interest in knowing Plaintiff's legal identity.

### Relief Requested

An order permitting all filings, docket entries, and proceedings to list Plaintiff as **John Doe**.

Respectfully submitted,

*[signature]*

## MOTION FOR EMERGENCY SERVICE

Plaintiff respectfully moves the Court to order **emergency service of process** on Defendants.

## Grounds

1. Defendants' unlawful actions are ongoing and causing **irreparable harm**.

2. Immediate service is necessary to give notice and begin proceedings without delay.

3. Rule permits the Court to direct the U.S. Marshals or other officers to serve process in the interest of justice.

## Relief Requested

An order directing **emergency service of summons and complaint** by the U.S. Marshals Service within 3 days.

Respectfully submitted,

Allen Caudle
3400 Crown Road 16709
Atlanta, GA 30304



Federal Building and US Courthouse
100 West Troy Street
Dothan, AL 36303