IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALLEN OKECHUKWE CAUDLE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. 2:25-cv-00698-RAH |
| | ) |
| UNITED STATES OF AMERICA, ET AL., | ) |
| | ) |
|     Defendants. | ) |

## ORDER AND FINAL JUDGMENT

On January 14, 2026, the Magistrate Judge recommended (*see* doc. 10) that this case be dismissed without prejudice. To date, no objection or response by Plaintiff has been filed, nor has Plaintiff updated the Court with his current mailing address or location. Upon an independent review of the file and for good cause, and upon consideration of the Recommendation of the Magistrate Judge, it is **ORDERED** as follows:

1. The Recommendation (Doc. 10) is **ADOPTED**;
2. This case is **DISMISSED**; and,
3. The Clerk of Court is **DIRECTED** to close the case.

**DONE** on this the 2nd day of February 2026.

R. AUSTIN HUFFAKER, JR.
CHIEF UNITED STATES DISTRICT JUDGE